**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
TTEC DIGITAL, LLC,

                Plaintiff,

  -against-                                      23 **CIVIL** 8079 (NRB)

                                                                           **JUDGMENT**

MONETA GROUP INVESTMENT ADVISORS,
LLC,

                Defendant.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated April 2, 2024, the Court has granted Moneta's Rule 12(b)(1) motion and dismisses the case; accordingly, the case is closed.

**Dated:**  New York, New York

      April 2, 2024

                                                                       **RUBY J. KRAJICK**

                                                                         **Clerk of Court**

                                     **BY:**            K. Mango

                                                                           **Deputy Clerk**